IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ADRIAN ORVILLE MOORE,**                                  **PLAINTIFF**
**# 192273**

v.                                    **CAUSE NO. 1:19CV530-LG-RHW**

**ANDREW MILLS**                                              **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS

For the reasons stated in the [17] Report and Recommendations entered by Magistrate Judge Robert H. Walker on April 1, 2020, and after an independent review of the record, a de novo determination of the issues, consideration of Plaintiff's [18] Objection to the Report and Recommendations, Defendant's [19] Notice of Intention Not to File Formal Response, and Plaintiff's [20] Opposition thereto, and having determined that the findings are correct under applicable law,

**IT IS ORDERED AND ADJUDGED** that the [17] Report and Recommendations are **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [11] Motion to Dismiss filed by Defendant is **GRANTED**. This lawsuit is **DISMISSED WITH PREJUDICE** as untimely filed.

**SO ORDERED AND ADJUDGED** this the 15th day of June, 2020.

                                                s/ *Louis Guirola, Jr.*
                                                LOUIS GUIROLA, JR.
                                                UNITED STATES DISTRICT JUDGE